UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | |
|---|---|---|
| Cloris Banks, | ) | Case No. 03-56740 |
| | ) | Ch. 13 Plan |
| Debtor(s) | ) | Confirmation Hearing Date: 02/12/04 |
| Soc.Sec. No. | | |

**PAYMENTS:** Debtor shall pay to the Trustee the sum of **$450.00 per month for 36 months; and a minimum of 10% is paid to unsecured creditors. In addition, Debtor shall endorse and send any tax refund check received during the plan to the Trustee. The plan base shall be increased by this amount.** Distribution to begin upon confirmation of Debtor's plan. Payments to be made by money order and mailed to John V. LaBarge Jr., PO Box 430908, St. Louis MO 63143 within 30 days from the date of this plan. The Trustee shall pay creditors in the following order:

0)___X__ Balance of filing fee in the amount of $194.00 to US Bankruptcy Clerk.

1) __X__Trustee's fee as allowed by U.S. Trustee.

2) __X___ Arrearage on debt(s) secured by lien(s) on Debtor's residence to be paid back at 100% of claim filed and proven, with 4.56% interest, to be cured by equal monthly installments within the first 30 months. **Debtor to pay regular monthly payments directly to mortgagee beginning with the first payment due after filing.**

3) __X__ Attorney fees to Christi S. Fingal in the sum of $1850.00 to be paid at the rate of 35% of all funds disbursed to creditors by Trustee after payment of fixed monthly payments identified in the plan and including executory contract arrearages and/or payments on home mortgage arrearages planned to be paid within a certain number of months, until such fees have been paid in full,_X_ and (if checked) which covers all services rendered or to be rendered through conclusion of the case.

4)__X__Secured creditors to be paid the value of the collateral plus 4.56% interest, the balance of claim to be treated as an unsecured claim. Secured creditors to retain their lien.

| Creditor | Balance due | FMV | Est. Total w/interest |
|---|---|---|---|

5)__X__ Priority payments required to be paid by 11 U.S.C. Section 507. Any debt owed to the State of Missouri for taxes not filed shall be non-dischargeable despite any orders hereafter entered.

6)__X__ Balance pro-rata among claims filed and proven until 100% of claims paid or until the plan period has passed, whichever is sooner. Minimum of 10% to be paid to creditors.

7)__X__ Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

8)__X__ Any post-petition claims filed and allowed under 11 USC ss1305 may be paid through the plan.

CREDITORS NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATED IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.

_____     _____
Petitioner/Debtor/date                        Petitioner/Debtor/date

PLAN SUMMARY/ANALYSIS: The following are estimates of the dollar amount of claims..

| | |
|---|---|
| Child Support $0 | Secured Debts $54300 |
| Disputed $0 | Co-Signed Debts $* |
| Arrearage Debt $7600 | Priority Debts $0 |
| Real Estate/Executory Contracts $0 | Unsecured/Non-priority $28000 |

*included in secured/priorty amounts

Debtor(s) believes the distribution in a Ch. 7 to non-priority unsecured creditors would be 0%. Debtor(s) believes the distribution to non-priority unsecured creditors in this case will be: 10%

The dollar amount of the debtor's monthly plan payment is: $450.00. The number of proposed monthly plan payments is 36. The sum of all such payments is $16200.

## CERTIFICATE OF MAILING

The undersigned certifies under penalty of perjury that a copy of Debtor's Plan was served via ECF on John V. LaBarge Jr., PO Box 403908, St. Louis, MO 63143 and mailed to all parties listed on the attached matrix marked Exhibit A this 15th day Dec., 2003.
s/s Christi Fingal          Christi M. Fingal #3101

*Choris* (handwritten)

Ace Cash Express
13001 New Halls Ferry Rd.
Saint Louis, MO 63136

Christian Hospital
11133 Dunn Rd
Saint Louis, MO 63136

County Door
1112 7th Ave
Monroe, WI 53566

Elliot Leon DDS
1005 Dunn Rd
Florissant, MO 63031

EMC Mortgage
PO Box 141358
Irving, TX 75014

GC Services
re: PCH
6330 Gulfton
PO Box 3026
Houston, TX 77081

Ginny's
1112 7th Ave
Monroe, WI 53566

Kramer & Frank
re: Christian Hospital NE
9666 Olive Blvd Ste 450
Saint Louis, MO 63103

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

MO American Water
PO Box 578
Alton, IL 62002

MSD
Attn: Loan Laumann
2000 Hampton
Saint Louis, MO 63139

Quik Cash
2615 Gravois
Saint Louis, MO 63118

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Same Day Loan
8854 St Charles
Saint Louis, MO 63114

Schweig Engel
650 Northwest Pl.
St Ann, MO

Sudha Saha MD
533 Couch
Saint Louis, MO 63122

Willie Warren
311 Coppinger
Saint Louis, MO 63135