```
                  IN THE UNITED STATES  BANKRUPTCY COURT
                         EASTERN DISTRICT
                         EASTERN DIVISION

IN RE:                              )
                                    )       CASE NO: 03-56740-399
   CLORIS BANKS                     )
   9422 WESTCHESTER                 )       CHAPTER 13
                                    )
   SAINT LOUIS MO     63136-0000    )       DATE: 06/11/07
                                    )
                                    )

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
```

     JOHN V. LABARGE, JR.    , Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

     1.  The case was filed on Dec 15, 2003 and confirmed on Mar  1, 2004.
The case was subsequently COMPLETED on Jun 11, 2007.

     2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$ 16,220.00 .

     3. The Trustee made disbursements as follows:

| CREDITOR NAME / TYPE | | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| CLERK, US BANKRUPTCY COURT | | 194.00 | 194.00 | .00 | .00 |
| | Clerk Costs | | | | |
| COUNTRY DOOR | | 105.34 | 37.10 | .00 | 68.24 |
| 065657010530 | Unsecured | | | | |
| ECAST SETTLEMENT CORP | | 2892.70 | 1019.83 | .00 | 1872.87 |
| XXXXXXXXXX3733 | Unsecured | | | | |
| EMC MORTGAGE CORP | | 1607.88 | 255.44 | 29.77 | 1352.44 |
| 4602 | SURR COLL | | | | |
| GINNYS | | 172.78 | 60.94 | .00 | 111.84 |
| 065657010630 | Unsecured | | | | |
| GOLETA BANK/ACE | | 249.00 | 32.54 | .00 | 216.46 |
| 1233867 | Unsecured | | | | |
| METRO ST LOUIS SEWER DISTRICT | | 118.88 | 118.88 | 3.61 | .00 |
| 260240123-02 | Secured | | | | |
| MIDNIGHT VELVET | | 250.81 | 88.38 | .00 | 162.43 |
| 065657010550 | Unsecured | | | | |
| SAME DAY LOAN CO | | 172.50 | 60.79 | .00 | 111.71 |
| BANK-3268 | Unsecured | | | | |

                  PAGE  1 - CONTINUED ON NEXT PAGE

```
------------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMT    PRIN PD      INT PD    BAL DUE
------------------------------------------------------------------------------
UNITED STUDENT AID FUNDS               33605.13    11848.14        .00   21756.99
    XXX-XX-5294           Unsecured
CLORIS BANKS                                 .00      20.01        .00        .00
    Refunds to Debtor
John V. Labarge, JR.                         .00     600.57        .00        .00
    Trustee Fees
CHRISTI FINGAL GRIFFIN                       .00    1850.00        .00        .00
    Attorney for Debtor

                                                   ------------------------
    TOTAL DISBURSED:     16,220.00             16186.62      33.38
```

4. Summary of disbursements to Creditors:

```
------------------------------------------------------------------------------
                      PRIORITY    UNSECURED    SECURED          TOTAL
------------------------------------------------------------------------------
CLAIM AMOUNT          10907.38    37594.73    51645.53      100147.64
PRINCIPAL PAID             .00    13147.72      374.32       13522.04
INTEREST PAID              .00         .00       33.38          33.38
```

5. Costs of administration:

```
    Clerk                                        194.00
    Trustee                                      600.57
    Attorney                                   1,850.00
    Refunds to Debtor                             20.01
    Chapter 7 Trustee                               .00
```

If this report reflects funds paid to Debtor(s), it may include funds received by the Trustee after the date of dismissal and returned to Debtor(s) because the funds were not part of the bankruptcy estate.

JOHN V. LABARGE, JR., standing trustee for the above named case, certifies to the Court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the Chapter Thirteen case has been fully administered.

Wherefore the trustee requests an Order be entered which discharges the Chapter Thirteen Trustee and his surety from any and all liability on account of the above case, closes the chapter thirteen estate, and grants such other relief as may be just and proper.

/s/ John V. LaBarge, Jr.
_____
JOHN V. LABARGE, JR.
CHAPTER 13 TRUSTEE
P.O. BOX 430908
ST. LOUIS, MO 63143
(314) 781-8100
Fax: (314) 781-8881
trust33@ch13stl.com

cc  CLORIS BANKS
    9422 WESTCHESTER

    SAINT LOUIS MO         63136

    CHRISTI FINGAL GRIFFIN
    40 N KINGSHIGHWAY
    STE 6
    ST LOUIS MO                 63108-0000